JUDGE RAKOFF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 21 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     **INDICTMENT**

      - v. -                          :     **08 CRIM 357**

JOSEPH MONROE,                   :

      Defendant.                   :

- - - - - - - - - - - - - - - - x

**COUNT ONE**

    1.   On or about February 18, 2008, in the Southern District of New York, JOSEPH MONROE, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in an apartment located in a building at 1260 Webster Avenue in the Bronx, New York.

   (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code, Section 2.)

**COUNT TWO**

    2.   On or about February 18, 2008, in the Southern District of New York, JOSEPH MONROE, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry firearms, and, in furtherance of such crime, did possess firearms, to wit, a .40 caliber Smith

& Wesson semi-automatic pistol, which MONROE possessed in an apartment located in a building at 1260 Webster Avenue in the Bronx, New York.

(Title 18, United States Code,
Sections 924(c)(1)(A)(i) and 2.)

**COUNT THREE**

3.  On or about February 18, 2008, in the Southern District of New York, JOSEPH MONROE, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 13, 2004, for attempted criminal possession of a narcotic drug in the fourth degree, a Class D felony, unlawfully, wilfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a .40 caliber Smith & Wesson semi-automatic pistol, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSEPH MONROE,

Defendant.

---

**INDICTMENT**

08 Cr. ___

(18 U.S.C. §§ 922(g)(1), 924(c)(1)(A)(i)
and 21 U.S.C. §§ 812, 841(a)(1) and
841(b)(1)(C).)


　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　United States Attorney.

*[signature]*

---

*4/21/08 - Fld. Indictment, case assigned to Judge Radoff for all purposes.*

*S/Eaton, J. U.S.M.J.*