**EPSTEIN & WEIL**
ATTORNEYS AT LAW

225 Broadway
New York, New York 10007

(212) 732-4888

LLOYD EPSTEIN
JUDITH H. WEIL

July 14, 2008

**VIA ECF AND REGULAR MAIL**
Hon. Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, NY 10007

**Re: United States v. Joseph Monroe**
**Dkt. No. 08-CR-357 (JSR)**

Dear Judge Rakoff:

I am writing concerning Mr. Monroe's proposed marriage.

Mr. Monroe is currently an inmate at the MDC in Brooklyn. He and his fiancée, with whom he has lived for several years, are interested in getting married. Adam Johnson, Esq., of the MDC Legal Department, has informed AUSA Jessica Massella that the MDC will not allow the marriage to take place without first receiving input from the Assistant United States Attorney, the Court, and the United States Marshals. It is not clear to me what sort of input is sought. Ms. Massella has already informed Mr. Johnson that the government has no objection to Mr. Monroe getting married.

Mr. Monroe and his fiancée are both native born American citizens. Neither is alleged to have any connection with organized crime. Mr. Monroe anticipates entering a guilty plea with the government recommending a sentence in the approximately 7 to 8 year range.

I cannot fathom any possible objection to Mr. Monroe and his fiancée getting married. I ask that the Court communicate to the MDC Legal Department that it has no objection. I will then make the same request of the Marshals.

Please feel free to have your Chambers contact me with any questions.

Sincerely,

Lloyd Epstein (JN)
Lloyd Epstein

LE:pc

cc. AUSA Jessica Masella
    Adam Johnson, Esq.
    Mr. Joseph Monroe