AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

UNITED STATES OF AMERICA

-v.-

JOSEPH MONROE,

Defendant.

**APPEARANCE**

Case Number: 1:08-cr-00357-JSR

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Monroe

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | _[signature]_ |
| Date | Signature |
| | Lloyd Epstein — 133428051 |
| | Print Name / Bar Number |
| | 225 Broadway, Ste 1203 |
| | Address |
| | New York / NY / 10007 |
| | City / State / Zip Code |
| | (212) 732-4888 / (212) 732-6703 |
| | Phone Number / Fax Number |